Bruce A. **CRENSHAW,** Plaintiff—Appellant,

v.

**WAREHOUSE EMPLOYEES UNION, LOCAL 322,** Defendant—Appellee.

No. 03–1884.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 14, 2003.

Decided Dec. 16, 2003.

Bruce A. Crenshaw, Appellant pro se.

Jonathan Gans Axelrod, Beins, Axelrod, Kraft, Gleason & Gibson, Washington, D.C., for Appellee.

Before NIEMEYER, TRAXLER, and DUNCAN, Circuit Judges.

*UNPUBLISHED*

PER CURIAM.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See *Local Rule 36(c).*

Bruce A. Crenshaw appeals the district court's order denying relief on his discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Crenshaw v. Warehouse Employees Union, Local 322,* No. CA–02–794 (E.D.Va. July 15, 2003). We dispense with oral argument because the

facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*